**Order entered December 22, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00841-CV

### CAREINGTON INTERNATIONAL CORPORATION, Appellant

### V.

### FIRST CALL TELEMEDICINE, LLC, Appellee

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-02335-2019**

### ORDER

Before the Court is appellee's December 18, 2020 unopposed motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief be filed no later than January 19, 2021.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE